IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR142 |
| | ) | |
| v. | ) | |
| | ) | |
| NICHOLAS ANTHONY WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion to continue hearing (Filing No. 43). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the Rule 11 hearing is rescheduled for:

**Wednesday, May 27, 2009, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. In order to allow defendant to complete state court proceedings, and due to the schedule of counsel and the Court, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between March 20, 2009, and May 27, 2009, shall be deemed excludable time

in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 20th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court