IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR142 |
| | ) | |
| v. | ) | |
| | ) | |
| NICHOLAS ANTHONY WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to dismiss (Filing No. 51). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the indictment in this matter is dismissed without prejudice as to defendant Nicholas Anthony Williams.

DATED this 10th day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court